IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHELLE NEZOVICH,
    Petitioner,

vs.                                       Case No.  3:11cv46/LAC/CJK

KENNETH S. TUCKER,
    Respondent
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 30, 2011. (Doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The respondent's motion to dismiss (doc. 23) is GRANTED.

3.     The amended petition for writ of habeas corpus (doc. 6) is DISMISSED WITHOUT PREJUDICE.

4.     The clerk is directed to close the file.

5. A certificate of appealability is DENIED.

DONE AND ORDERED this 6th day of February, 2012.

                       s/*L.A. Collier*
                       LACEY A. COLLIER
                       SENIOR UNITED STATES DISTRICT JUDGE